IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA C LEE,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00199-MP -GRJ

THOMAS L EDWARDS, THOMAS L EDWARDS PA,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 25, mediation report, and Doc. 24, unopposed motion for the Court to retain jurisdiction for more than sixty days. The mediator has notified the Court that on April 22, 2011, the case settled upon terms set forth in the stipulation and agreement of parties. Pursuant to Local Rule 16.2 (D), plaintiff moves the Court to retain jurisdiction until April 30, 2013 to permit the settlement reached by the parties to be completed. Defendants have no objection to the motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Unopposed motion for the Court to retain jurisdiction for more than sixty days, Doc. 24, is GRANTED.

2. The Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice and this case is closed.

3. The Court will retain jurisdiction until April 30, 2013, to ensure that settlement is effected.

**DONE AND ORDERED** this  *26th* day of April, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge